IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FRED WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No.  7:21-CV-35(WLS) |
| | * |
| MARCUS H. CASON and CITY OF THOMASVILLE, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of February, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk